JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANDI PATRICIA FOX,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:21-cv-03155-GW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed, and this matter is remanded for further administrative proceedings consistent with the Court's Order.

Dated: July 7, 2022

_George H. Wu_
GEORGE H. WU
United States District Judge